IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MILISSA PIETSZAK,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS INC.,<br><br>Defendant. | Court No. 1:22-cv-00027-DBP<br><br>JUDGMENT IN A CIVIL CASE<br><br>Magistrate Judge Dustin B. Pead |

IT IS ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is granted and the action is dismissed with prejudice.

DATED: August 23, 2023.


BY THE COURT:

_____
DUSTIN B. PEAD
United States Magistrate Judge